**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   } | |
| *Plaintiff-Respondent*   } | |
|   } | |
| v.   } | CRIMINAL ACTION NO. H-02-79-2 |
|   } | CIVIL ACTION NO. H-04-4617 |
| JESUS FLORES-GUERRERO,   } | |
| *Defendant-Petitioner*   } | |

**ORDER DISMISSING ACTION**

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Jesus Flores-Guerrero's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 is **DENIED** and his action is **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas, this 27th day of July, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE