# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     } | |
| *Plaintiff-Respondent*     } | |
|                              } | |
| v.                           } | CRIMINAL ACTION NO. H-02-79-2 |
|                              } | CIVIL ACTION NO. H-04-4617 |
| JESUS FLORES-GUERRERO,       } | |
| *Defendant-Petitioner*     } | |

## MEMORANDUM AND ORDER

Presently before the Court are Petitioner Jesus Flores-Guerrero's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (Doc. 281), the United States' Answer and Motion to Dismiss (Docs. 283, 284), Petitioner's Motion for Leave to File a Supplemental Letter Brief, which is construed as a Motion for Leave to Amend (Doc. 285), and the Magistrate Judge's Memorandum and Recommendation Granting Respondent's Motion to Dismiss and Denying Movant's § 2255 Motion to Vacate, Set Aside, or Correct Sentence and Motion for Leave to File a Supplemental Letter Brief *Coram Nobis* (Doc. 288).

After carefully considering the record and the applicable law, the Court **DENIES** Petitioner's Motion for Leave to File a Supplemental Letter Brief *Coram Nobis* (Doc. 285). The Court **GRANTS** the Government's Motion to Dismiss (Doc. 283), and **DENIES** Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (Doc. 281). Accordingly, this habeas action is **DISMISSED WITH PREJUDICE**. The Court **ADOPTS** the Magistrate Judge's Memorandum and Recommendation (Doc. 288) in full.

**SIGNED** at Houston, Texas, this 27th day of July, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE